NICOLA T. HANNA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, General Civil Section
ROBYN-MARIE LYON MONTELEONE Cal Bar No. 130005)
Assistant United States Attorney
Senior Litigation Counsel
AARON KOLLITZ (Cal. Bar No. 238580)
Assistant United States Attorney
    Federal Building, Suite 7516
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-2458/2083
    Facsimile: (213) 894-7819
    E-mail: Robby.Monteleone@usdoj.gov
          Aaron.Kollitz@usdoj.gov

Attorneys for Defendant
UNITED STATES OF AMERICA

JS-6

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| MONA MARTINEZ, *individually*; ANNA REYES, *individually*; EMMA GUERRERO; JOSEPH COBORUBIO, *individually, by and through his guardian ad litem*, MICHAEL QUINONES; G.C., *individually, and as successor in interest to* DAVID COBORUBIO, *by and through her guardian ad litem*, ELSA MONTELLANO,<br><br>    Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA, TEN UNKNOWN NAMED FEDERAL BUREAU OF INVESTIGATIONS AGENTS, and DOES 1 through 10, *inclusive*,<br><br>    Defendants. | No. CV 18-1931-FMO (Ex)<br><br><u>ORDER GRANTING STIPULATION</u> [35] <u>FOR DISMISSAL WITH PREJUDICE</u> |

|   |   |
|---|---|
| 1 | The Court, having considered the stipulation of the parties, and good cause appearing therefor, hereby ORDERS that the entire case is dismissed with prejudice, the respective parties to bear their own costs, fees, and expenses. |
| 2 |  |
| 3 |  |
| 4 |  |
| 5 | DATED: March 1, 2019 |
| 6 |  |
| 7 |  |
| 8 | /s/<br>HONORABLE FERNANDO M. OLGUIN<br>UNITED STATES DISTRICT JUDGE |